10943-73963 (ROB)

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BOBBY EMLER, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.

ACTION TENTS, INC. and STEVE CAIN,

    Defendants.

No. 1:12-cv-00159
Jury Demand

*[handwritten notation: Granted. This motion is GRANTED. /s/ [signature] 12-12-13]*

JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Upon this case presently having a dispositive motion deadline of December 15, 2013, and upon counsel for the parties advising the court that the parties have reached a tentative settlement in this matter, the parties hereby respectfully request that the court extend the dispositive motion deadline in this matter from December 15, 2013 until Monday, December 30, 2013.

Respectfully submitted this the 11th day of December, 2013.

                          s/Randall W. Burton
                          *w/permission via e-mail 12/11/13*
                          RANDALL W. BURTON BPR # 15393
                          144 Second Avenue, North, Ste. 212
                          Nashville, TN 37201
                          (615) 620-5838
                          randallwburton@gmail.com

                          *Attorney for Plaintiff*