IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BOBBY EMLER, individually and on ) 
behalf of all other similarly situated, )
)
    Plaintiff, )
) Case No. 1:12-cv-00159
v. ) Chief Judge Haynes
)
ACTION TENTS, INC. and STEVE CAIN, )
)
    Defendants. )

## ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 13). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are **DISMISSED without prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court